

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| William Eggemeyer, Diane Eggemeyer, | § | No. 08-19-00002-CV |
| Bo Eggemeyer, and Sharyland Distribution | | |
| & Transmission Services, LLC, | § | Appeal from the |
| | | |
| Appellants, | § | 112th District Court |
| | | |
| v. | § | of Reagan County, Texas |
| | | |
| Charles Jackson Hughes, | § | (TC# 1855) |
| | | |
| Appellee. | § | |

**O R D E R**

On January 4, 2019, the Court entered an order for mediation referral requiring that the case be mediated within sixty days from the date of the order. Consequently, mediation should have been completed no later than March 5, 2019. Appellant has now filed an unopposed motion requesting an extension of time for the parties to complete the mediation process. We grant the motion and order that mediation be completed by April 25, 2019. The appellate timetable is suspended during this time period. Upon completion of mediation, the parties are directed to comply with the instructions set forth in our order issued on January 4, 2019. If the parties require additional time in which to complete mediation, an extension motion must be filed prior to April 25, 2019. If the parties fail to comply with any of these requirements, the appeal will be reinstated on May 5, 2019.

IT IS SO ORDERED this 11th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.